UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWIN SUTPHIN,

    Plaintiff,

vs.                                        Case No. 3:08-cv-739-J-16MCR

ZONTROM, LLC,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Strike Defendant's Answer (Doc. 8) filed December 15, 2008. Plaintiff points out that Defendant, a corporation, is proceeding pro se and asks the Court to strike Defendant's Answer (Doc. 7) as a result.

While a party has a statutory right to represent himself in all courts of the United States, 28 U.S.C. § 1654, the Eleventh Circuit has stated that "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Additionally, Local Rule 2.03(d) states that "[a] corporation may appear and be heard only through counsel admitted to practice in the Court . . . ." This rule applies even where the individual seeking to represent the corporation is the president and major stockholder of the corporation. Palazzo, 764 at

1385 (citing In re Las Colinas Development Corp., 585 F.2d 7 (1st Cir. 1978), cert. denied, 440 U.S. 931, 99 S.Ct. 1268 (1979)).

Thus, Defendant will need to obtain alternative counsel or file a motion with this Court seeking to waive the requirements of Local Rule 2.03(d) and explaining why it is necessary that it represent itself and how it intends to represent itself. The Court will not strike the Answer at this time, but will require Defendant, no later than **January 6, 2009**, to either hire counsel and have said counsel file a notice of appearance or file a motion as described above.

Accordingly, after due consideration, it is

**ORDERED:**

Plaintiff's Motion to Strike Defendant's Answer (Doc. 8) is **DENIED** at this time.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  16th  day of December, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party