UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWIN SUTPHIN,

       **Plaintiff,**

v.                                   **CASE NO. 3:08-cv-739-J-16MCR**

**ZONTROM, LLC,**

       **Defendant.**
_____/

## O R D E R

Before the Court is Plaintiff's Motion to Require Defendant to Retain Counsel (Dkt # 16) filed as a motion for reconsideration April 6, 2009. To date, there has been no response by the Defendant.

The complaint in this action was filed on July 21, 2008 against Defendant, Zontrom, LLC. An answer was filed on December 10, 2008 by Joe Wasserstrom sole proprietor of Zontrom LLC, a Florida limited liability corporation d/b/a/ Bootsie's Hideaway. On December 16, the Plaintiff moved to strike the answer as it was not filed by a duly licensed attorney and a corporation cannot represent itself. Defendant responded claiming financial constraints prohibited him from hiring counsel and on January 5, 2009 filed a motion to waive the requirements of Local Rule 2.03(d).

On January 13, 2009, the Court granted this motion over the objections of the Plaintiff but advised the Defendant that this was conditioned upon the Defendant being able to adequately defend this action. The Court also advised the Defendant that he would be required to follow the Federal Rules of Civil Procedure and the Local Rules, that responses must be timely filed and that if no response to a motion was filed, it would be deemed unopposed.

This Court entered an Order to Show Cause on March 11, 2009 as to why this case should not be dismissed for failure to file a Case Management Report. The Plaintiff's response stated a failure on the part of the Defendant to cooperate. Additionally the Plaintiff filed this Motion for Reconsideration of the Order allowing Defendant to proceed *pro se* due to his failure to comply with the Local Rules. Defendant has not filed a response.

The Court, after due consideration, finds that the Defendant has demonstrated that he is incapable of defending this action. For this reason, the Plaintiff's Motion for reconsideration is **GRANTED**. It is also **ORDERED** that

(1) Defendant is directed to obtain counsel who shall file a notice of appearance within thirty (30) days of the date of this Order;

(2) The answer filed by Mr. Wasserstrom (Dkt #7) is hereby **STRICKEN**. Defendant, through counsel, is directed to file an answer within eleven (11) days of filing the notice of appearance.

(3) A Case Management Report is due within eleven (11) days of the date the answer is filed.

Failure of the Defendant to comply with any of the above requirements may result in the Plaintiff obtaining a default judgment.

**DONE and ORDERED** at Jacksonville, Florida, this 21st day of May, 2009.

Copies to:
    - Counsel of Record

JOHN H. MOORE II
United States District Judge

2